No. 126, Orig. KANSAS *v.* NEBRASKA ET AL. Motion of the Special Master for allowance of fees and disbursements granted, and the Special Master is awarded a total of $30,327.21 for the period April 16 through October 20, 2003, to be paid equally by the parties. Vincent McKusick, Esq., of Portland, Me., the Special Master in this case is hereby discharged with the thanks of the Court. [For earlier order herein, see, *e. g., ante,* p. 964.]

No. 128, Orig. ALASKA *v.* UNITED STATES. Motion of the Special Master for allowance of fees and reimbursement granted, and the Special Master is awarded a total of $154,275.25 for the period April 17 through October 16, 2003, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 538 U. S. 1055.]

No. 02–1196. SECURITIES AND EXCHANGE COMMISSION *v.* EDWARDS. C. A. 11th Cir. [Certiorari granted, 538 U. S. 976.] Motion of Financial World Companies Inc. for leave to file a brief as *amicus curiae* denied.

No. 02–1624. ELK GROVE UNIFIED SCHOOL DISTRICT ET AL. *v.* NEWDOW ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 945.] Motion of respondent Michael A. Newdow for representation *pro se,* or (in the alternative) *pro hac vice* granted. Motion of Americans United for Separation of Church and State for leave to participate in oral argument as *amicus curiae* and for additional time to present argument denied. JUSTICE SCALIA took no part in the consideration or decision of these motions.

No. 02–1667. TENNESSEE *v.* LANE ET AL. C. A. 6th Cir. [Certiorari granted, 539 U. S. 941.] Motion of Richard Stevens for leave to file a brief as *amicus curiae* denied.

No. 02–1684. YARBOROUGH, WARDEN *v.* ALVARADO. C. A. 9th Cir. [Certiorari granted, 539 U. S. 986.] Motion of respondent for appointment of counsel granted, and Tara K. Allen, Esq., of Malibu, Cal., is appointed to serve as counsel for respondent in this case.

No. 02–1794. UNITED STATES *v.* FLORES-MONTANO. C. A. 9th Cir. [Certiorari granted, *ante,* p. 945.] Motion of respondent for appointment of counsel granted, and Steven F. Hubachek, Esq., of San Diego, Cal., is appointed to serve as counsel for respondent in this case.